Gary L. Popham, Jr., AZ Bar No. 022260
  *glp@manningllp.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
3636 North Central Avenue, 11th Floor
Phoenix, Arizona 85012
Telephone: (602) 313-5469
Facsimile: (602) 313-5499

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Timothy McKibben, | Case No. 3:17-cv-08009-JWS |
| Plaintiff, | |
| v. | **MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS** |
| Officer William Knuth, an individual; Raymond Cota, in his official capacity; City of Sedona, an Arizona Municipal corporation; John and Dane Does I-X, | |
| Defendants. | |

Pursuant to Local Rule 83.3, undersigned counsel for Defendants respectfully requests an Order permitting him to withdraw as counsel for Defendants. As the Court and Plaintiff's counsel has been made aware [Doc. 160], undersigned counsel recently was appointed to and accepted a judicial officer position with the Arizona Superior Court for Maricopa County and new defense counsel, The Doyle Firm, P.C., has entered an appearance in this matter as new trial counsel for Defendants [Doc. 161]. Furthermore, while a motion to continue has been filed and remains pending as of the date of this motion [Doc. 160], mew trial counsel for Defendants is aware of this Court's pretrial Order and

4831-4841-7198.1                                                1

current deadlines for pretrial filings [Doc. 158]. Meanwhile, Canon 4G of Arizona's Code of Judicial Conduct prohibits judicial officers from practicing law. Accordingly, as undersigned counsel will soon take the oath to serve as a judicial officer for the State of Arizona, undersigned counsel respectfully requests an order granting his withdrawal as counsel for Defendants.

DATED:  December 10, 2019

**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**

By:  */s/ Gary L. Popham, Jr.*

Gary L. Popham, Jr.
*Attorneys for Defendants*

4831-4841-7198.1                                     2

**CERTIFICATE OF SERVICE**

I hereby certify that on December 10, 2019, I electronically transmitted the foregoing document to the Clerk of the U.S. District Court's CM/ECF system for filing and transmittal of a Notice of Electronic filing to the following CM/ECF registrants and copy emailed/mailed to:

Sander R. Dawson
**DAWSON & ROSENTHAL, P.C.**
25 Schnebly Hill Road
Sedona, AZ  86336
*Attorneys for Plaintiff*

William H. Doyle
Jonathon Yu
**THE DOYLE FIRM, PC**
1313 East Osborn Road, Suite 220
Phoenix, AZ 85014

By */s/ Kayla Young*