WILLIAM H. DOYLE, ARIZONA BAR NUMBER 007285
BRANDON D. MILLAM, ARIZONA BAR NUMBER 034696
THE DOYLE FIRM, P.C.
1313 E. OSBORN ROAD, SUITE 220
PHOENIX, ARIZONA 85014
TELEPHONE: (602) 240-6711
FACSIMILE: (602) 240-6951
WDOYLE@DOYLELAWGROUP.COM
BMILLAM@DOYLELAWGROUP.COM
FIRM E-MAIL: ALG@DOYLELAWGROUP.COM

ATTORNEYS FOR DEFENDANTS

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Timothy McKibben, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>Officer William Knuth, an individual; Raymond Cota, in his official capacity; City of Sedona, an Arizona municipal corporation; John and Jane Does I-X,<br><br>Defendants. | Case No: 3:17-cv-08009-JWS<br><br>**DEFENDANTS' TRIAL EXHIBIT LIST WITH PLAINTIFF'S OBJECTIONS** |

Pursuant to the Court's November 5, 2019 Order for Pre-Trial Proceedings, Final Pre-Trial Conference, and Trial (Doc. 158 & 169), Defendants submits their Trial Exhibits List with Plaintiff's Objections as follows:

| EXHIBIT | DESCRIPTION | ADM / ID | PLAINTIFF'S OBJECTIONS |
|---|---|---|---|
| 101 | Dawson Rosenthal Notice of Claim letter, dated June 2, 2016 | ID | Rule 403, Fed. R. Evid.; Relevance (402); Hearsay (802, 803); Compromise offer and Negotiations (408(a)). |

| 102 | Declaration of Timothy McKibben, dated May 10, 2018 | ID | Cumulative (403); Hearsay (801, 802). |
|---|---|---|---|
| 103 | Sedona Police Department Summary, Case Number 2015-00006540 (bates labeled MCKIB 00596 – 0599) | ID | Relevance (402, 403); Cumulative (403); Hearsay (801, 802). |
| 104 | Sedona Police Department Case Report, Case Number 2015-00006540 (bates labeled MCKIB 00432 – 00438) | ID | Relevance (402, 403); Cumulative (403); Hearsay (801, 802). |
| 105 | Sedona Police Department Critical Incident Review, Tracking Number 2015-013 | ID | Relevance (402, 403); Cumulative (403); Hearsay (801, 802). |
| 106 | Arizona POST Lesson Plan Cover Sheet re 9-16-2014 on holds and takedowns (bates labeled MCKIB 00401 – 00406) | ADM | |
| 107 | Officer Knuth Application (redacted) (bates labeled MCKIB 00668 – 00672) | ID | Rule 403; Relevance (402); Hearsay (802, 803). |
| 108 | Officer Knuth résumé (bates labeled MCKIB 00673 – 00674) | ID | Rule 403; Relevance (402); Hearsay (802, 803). |
| 109 | Email exchange between Raymond Cota and Tim Ernster re offer of employment to Officer Knuth (bates labeled MCKIB 000675) | ID | Rule 403; Relevance (402); Hearsay (802, 803). |
| 110 | City Manager Tim Ernster letter, dated July 25, 2014, offering Officer Knuth position (bates labeled MCKIB 00677) | ID | Rule 403; Relevance (402); Hearsay (802, 803). |

2

| 111 | Officer Knuth's New Employee Checklist with Sedona Police Department (bates labeled MCKIB 00678) | ID | Rule 403; Relevance (402); Hearsay (802, 803). |
|---|---|---|---|
| 112 | Officer Knuth's Onboarding Checklist with Sedona Police Department (bates labeled MCKIB 00679) | ID | Rule 403; Relevance (402); Hearsay (802, 803). |
| 113 | Officer Knuth's Loyalty Oath | ID | Rule 403; Relevance (402); Hearsay (802, 803). |
| 114 | City of Sedona Employee Manual, City Manager Directives and Safety Manual form signed by Officer Knuth (bates labeled MCKIB 00682) | ADM | |
| 115 | First Year Performance Goals for Officer Knuth (bates labeled MCKIB 00684 – 00685) | ID | Rule 403; Relevance (402); Hearsay (802, 803). |
| 116 | Officer Knuth Six Month Evaluation re 2/21/2015 review (bates labeled MCKIB 00686 – 00689) | ID | Rule 403; Relevance (402); Completeness (106). |
| 117 | Audio recording/transcript of DPS interview of John Fuchs (bates labeled 00361) | ID | Relevance (402); Rule 403; Hearsay (802, 803). |
| 118 | Audio recording/transcript of DPS interview of James Peters (bates labeled 00362) | ID | Relevance (402); Rule 403; Hearsay (802, 803). |
| 119 | Audio recording/transcript of DPS interview of Timothy McKibben (bates labeled 00369) | ID | Relevance (402, 403); Cumulative (403); Hearsay (802, 803). |
| 120 | Audio recording of 911 call from Tiffany Construction to Sedona Police Department (bates labeled 00365) | ADM | |

3

| 121 | Mark Zbojniewicz CV | ID | Cumulative (403); Hearsay (802, 803). |
|---|---|---|---|
| 122 | Jack Harris CV | ID | Cumulative (403); Hearsay (802, 803). |
| 123 | Video/transcript of July 20, 2017 deposition of John Fuchs | ID | No designations are made. *See* Fed. R. Civ. P. 32(b). Relevance, Foundation, and Hearsay. *See* Fed. R. Evid. 402-404, 801-802. |
| 124 | Video/transcript of July 21, 2017 deposition of Max Eugene Barnes, Jr. | ID | No designations are made. *See* Fed. R. Civ. P. 32(b). Relevance, Foundation, and Hearsay. *See* Fed. R. Evid. 402-404, 801-802. |
| 125 | Transcript of July 21, 2017 deposition of Timothy McKibben | ID | No designations are made. *See* Fed. R. Civ. P. 32(b). Relevance, Foundation, and Hearsay. *See* Fed. R. Evid. 402-404, 801-802. |
| 126 | Transcript of February 21, 2018 deposition of Scott DeFoe | ID | No designations are made. *See* Fed. R. Civ. P. 32(b). Relevance, Foundation, and Hearsay. *See* Fed. R. Evid. 402-404, 801-802. |

DATED this 14th day of February, 2020.

THE DOYLE FIRM, P.C.


By /s/ William H. Doyle
William H. Doyle
Brandon D. Millam
1313 E. Osborn Road, Suite 220
Phoenix, Arizona 85014
*Attorneys for Defendants*

**ELECTRONICALLY** transmitted this 14th day of February, 2020, the attached document to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic filing to the following CM/ECF registrants:

Sander R. Dawson, Esq.
**DAWSON & ROSENTHAL, P.C.**
25 Schnebly Hill Rd.
Sedona, Arizona 85336
*Attorney for Plaintiff*

/s/ J. Proffitt

4