Steven C. Dawson – (# 006674)
Anita Rosenthal – (# 006199)
Sander R. Dawson – (#032243)
**DAWSON & ROSENTHAL, P.C.**
25 Schnebly Hill Rd.,
Sedona, AZ  86336
Telephone (928) 282-3111
Facsimile (928) 282-3126
dandr@dawsonandrosenthal.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Timothy McKibben, an individual, | |
| Plaintiff, | **CASE NO: 3:17-cv-08009-PCT-JWS** |
| v. | |
| Officer William Knuth, an individual; Raymond Cota, in his official capacity; City of Sedona, an Arizona municipal corporation; | **JOINT STATUS REPORT** |
| Defendants. | |

Pursuant to this Court's Order dated March 14, 2020 (Doc. 183), the parties hereby submit this joint report to the Court.

The parties have recently reached a tentative settlement, which is pending approval of the AMRRP Board. The parties anticipate final approval and filing of a Notice of Settlement within thirty (30) days.

1

DATED this 20th day of March, 2020.

DAWSON & ROSENTHAL, P.C.

/s/ Steven C. Dawson
Steven C. Dawson
Anita Rosenthal
Sander R. Dawson
25 Schnebly Hill Rd.
Sedona, AZ  86336
*Attorneys for Plaintiffs*

THE DOYLE FIRM, P.C.

/s/  William H. Doyle
William H. Doyle
Brandon Millam
1313 E. Osborn Road, Suite 220
Phoenix, AZ 85012

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I certify that on March 20, 2020, I electronically transmitted the foregoing to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants in this action.

/s/  Sheri Sadler
Sheri Sadler

2