1  WILLIAM H. DOYLE, ARIZONA BAR NUMBER 007285
   BRANDON D. MILLAM, ARIZONA BAR NUMBER 034696
2  THE DOYLE FIRM, P.C.
   1313 E. OSBORN ROAD, SUITE 220
3  PHOENIX, ARIZONA 85014
   TELEPHONE: (602) 240-6711
4  FACSIMILE: (602) 240-6951
   WDOYLE@DOYLELAWGROUP.COM
5  BMILLAM@DOYLELAWGROUP.COM
   FIRM E-MAIL: ALG@DOYLELAWGROUP.COM

ATTORNEY FOR DEFENDANTS

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| Timothy McKibben, an individual, | Case No: 3:17-cv-08009-JWS |
|---|---|
| Plaintiff, | |
| vs. | **NOTICE OF SETTLEMENT** |
| Officer William Knuth, an individual; Raymond Cota, in his official capacity; City of Sedona, an Arizona municipal corporation; John and Jane Does I-X, | |
| Defendants. | |

Defendants Officer William Knuth, Raymond Cota and City of Sedona, hereby give notice that the parties have agreed to settle the claims asserted in the above-captioned cause. A stipulation for dismissal, with prejudice, and a proposed form of Order shall be lodged with the Court in the near future.

DATED this 31st day of March, 2020.

THE DOYLE FIRM, P.C.

By /s/ Brandon D. Millam
William H. Doyle
Brandon D. Millam
1313 E. Osborn Road, Suite 220
Phoenix, Arizona 85014
*Attorney for Defendants*

1  **ELECTRONICALLY** transmitted this 31st day of March, 2020, the attached document to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic filing to the following CM/ECF registrants:

Sander R. Dawson, Esq.
**DAWSON & ROSENTHAL, P.C.**
25 Schnebly Hill Rd.
Sedona, Arizona 85336
*Attorney for Plaintiff*

/s/ J. Proffitt

2